UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD ARMBRUST,

    Plaintiff,

v.                                Case No:   2:14-cv-55-FtM-38CM

SA-ENC OPERATOR HOLDINGS, LLC,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the Defendant, SA-ENC Fort Myers, LLC d/b/a Citrus Gardens of Fort Myers Suggestion of Bankruptcy (Doc. #51) filed on June 22, 2015.  The Defendant Citrus Gardens filed a voluntary petition for relief under Chapter 11 pursuant to the United States Bankruptcy Code, 11 U.S.C §§101-1532.

By operation of Title 11 U.S.C. § 362, the above-styled action is stayed as to the Defendant, Citrus Gardens of Fort Myers. Title 11 U.S.C. § 362 stipulates that an automatic stay is created upon the filing of any bankruptcy petition. *See* Ellison v. Northwest Eng'g Co., 707 F.2d 1310, 1311 (11th Cir.1983). The purpose of the stay is "to give the debtor a breathing spell from his creditors." Id.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is now

**ORDERED:**

(1) This case is **STAYED** as to the Defendant, SA-ENC Fort Myers, LLC d/b/a Citrus Gardens of Fort Myers pending the resolution of the bankruptcy proceedings.

(2) The Clerk is directed to place a stay flag on the docket.

(3) The Plaintiff is directed to inform the Court in writing when the bankruptcy proceedings are completed and the stay may be lifted.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of June, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record